# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Levi Michael Carolin, | ) | |
| | ) | Case No. 1:10-cv-105 |
| Defendant. | ) | |

Defendant Carolin's conditions of release restrict him from traveling outside the Northern and Eastern Districts of California with caveat that he may travel to and from the Northern District of California to the District of North Dakota to appear in this matter. The court *sua sponte* amends this restriction as follows: Defendant shall not leave the Northern and Eastern Districts of California except when traveling to the District of North Dakota to appear in this matter or as otherwise authorized by the Pretrial Services Office.

**IT IS SO ORDERED.**

Dated this 20th day of December, 2011.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court
